**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DERRICK ALLEN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-00029 (UNA) |
| | ) | |
| | ) | |
| BANK OF AMERICA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM OPINION</u>**

Plaintiff, appearing *pro se*, has filed a complaint and an application to proceed *in forma pauperis* (IFP). For the following reasons, the Court grants the IFP application and dismisses the complaint.

Plaintiff sues a branch of Bank of America in Durham, North Carolina, as well as North Carolina Governor Josh Stein, former Governor Roy Cooper, and Governor Administrator Robert Guy. Compl., ECF No. 1 at 2. Plaintiff alleges that "governmental personnel" in the police and sheriff's departments "take on jobs at financial institutions and refuse to accommodate [his] business needs." Compl., ECF No. 1 at 4. He requests compensation "in the amount of one zillion dollars for mental and emotional distress." *Id*.

Although *pro se* complaints are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), they must comport with the Federal Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for

the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citation omitted).

Plaintiff invokes the Fourth and Eighth Amendments, Compl. at 3, but has not alleged a coherent set of facts to "give the defendants fair notice of what the claim is and the grounds upon which it rests."  *Jones v. Kirchner*, 835 F.3d 74, 79 (D.C. Cir. 2016) (cleaned up).  Consequently, this case will be dismissed by separate order.

_____/s/_____
TANYA S. CHUTKAN
United States District Judge

Date: April 7, 2025